UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

GEORGE TRICKEL

                                    Plaintiff,

            v.                               19: CV: 10434

LEICA CAMERA, INC.

                                   Defendant.

------------------------------------------------------------x

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, George Trickel and Defendant, Leica Camera Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(ii)**,** that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to either party.

Respectfully submitted,

| **PLAINTIFF,** GEORGE TRICKEL | **DEFENDANT,** LEICA CAMERA INC. |
|---|---|
| By his attorney,<br><br>/s/ Corinne Hood Greene<br>Corrine Hood Greene (BBO #654311)<br>Greene & Hafer Employment Law<br>529 Main Street, Ste., 124<br>Charlestown, MA 02129<br>617 396-4600<br>cgreene@greeneandhafer.com | By its attorney,<br><br>/s/ Stephen T. Paterniti<br>Stephen T. Paterniti (BBO# 564860)<br>JACKSON LEWIS LLP<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025<br>paternis@jacksonlewis.com |